Order issued March 1, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

## No. 05-12-00733-CR

---

### DOMINGO SANTINO CARVAJAL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## ORDER

Before Justices Moseley, O'Neill, and Lewis

Based on the Court's opinion of this date, we **GRANT** the September 26, 2012 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Domingo Santino Carvajal, TDCJ No. 1785516, Luther Unit, 1800 Luther Drive, Navasota, Texas, 77868.

DAVID LEWIS
JUSTICE